Platzer, Swergold,  
Goldberg, Katz & Jaslow, LLP  
*Proposed Attorneys for Debtor*  
475 Park Avenue South, 18th Floor  
New York, New York 10016  
(212) 593-3000  
ckatz@platzerlaw.com  
Clifford A. Katz  

**Hearing Date:  August 8, 2023 at 10:00 a.m. EST**  
**Objection Due Date: August 1, 2023 at 4:00 p.m.EST**

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
---------------------------------------------------------x  
In re:

246-18 Realty LLC,

                        Debtor.  
---------------------------------------------------------x

Chapter 11  
Case No. 23-10796 (PB)

**NOTICE OF HEARING ON DEBTOR'S MOTION SEEKING**  
**ENTRY OF AN ORDER RETAINING AVISON YOUNG AS REAL ESTATE BROKERS**  
**FOR THE DEBTOR PURSUANT TO BANKRUPTCY CODE SECTIONS 327 AND 328**  
**AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014 AND RELATED**  
**RELIEF**

      **PLEASE TAKE NOTICE** that on **August 8, 2023 at 10:00 a.m. EST** or as soon thereafter as counsel can be heard, **by virtual appearances via Zoom,** a hearing (the "Hearing") will be held before the Honorable Philip Bentley, United States Bankruptcy Judge, at the United States Bankruptcy Court located at United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, to consider the motion (the "**Motion**") of 246-18 Realty LLC (the "**Debtor**") for the entry of an order:  (i) Authorizing the retention of Avison Young as real estate brokers for the Debtor's and approving their retention agreement pursuant to Bankruptcy Code Sections 327 and 328, and Federal Rules of Bankruptcy Procedure 2014

      **PLEASE TAKE FURTHER NOTICE** all attorneys and parties wishing to appear at, or attend the Hearing, must visit the Bankruptcy Court's website at

https://www.nysb.uscourts.gov/content/judge-philip-bentley for the procedure regarding how to appear for the hearing via Zoom. Participants are required to register their appearance forty-eight (48) hours before any scheduled Zoom or in person hearing with the Court's eCourt Appearance tool.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall be in writing, with a courtesy copy to the Chambers of the Honorable Philip Bentley, United States Bankruptcy Judge, and served upon proposed counsel to the Debtor, Platzer, Swergold, Goldberg, Katz & Jaslow, LLP, 475 Park Avenue South, 18th Floor, New York, New York 10016, Attn: Clifford A. Katz, Esq. by no later than **4:00 p.m. EST on August 1, 2023**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing to consider the Motion may be adjourned from time to time without notice to the creditors, equity security holders or other parties-in-interest, other than the announcement of the adjourned date or dates at the Hearing or on the Court's docket.

Dated:  July 24, 2023
        New York, New York
                                          PLATZER, SWERGOLD,
                                           GOLDBERG, KATZ & JASLOW, LLP
                                          Proposed Counsel for the Debtor
                                          By:/s/ *Clifford A. Katz*
                                              Clifford A. Katz
                                              475 Park Avenue South, 18th Floor
                                              New York, New York 10016
                                              (212) 593-3000