| | |
|---|---|
| Platzer, Swergold, | Presentment Date/Time: August 14, 2023 at 12:00 p.m. |
| Goldberg, Katz & Jaslow, LLP | Objection Deadline: August 11, 2023 at 4:00 p.m. |
| *Proposed Counsel for the Debtors* | Hearing Date:  If necessary, to be scheduled by the Court |
| 475 Park Avenue South, 18th Floor | |
| New York, New York 10016 | |
| Tel.: (212) 593-3000 | |
| Clifford A. Katz, Esq. | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

246-18 Realty LLC, *et* al.

                Debtors.

Chapter 11

Case No. 23-10796 (PB)
Jointly Administered

### NOTICE OF PRESENTMENT OF ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF

**PLEASE TAKE NOTICE**, that 246-18th Realty LLC, and 244/246 Holdco LLC debtors and debtors in possession (the "Debtors"), by their counsel, Platzer, Swergold, Goldberg, Katz and Jaslow, LLP, will present the annexed Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof (the "Order"), for signature and approval to the Honorable Philip Bentley, United States Bankruptcy Judge, Southern District of New York, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on **August 14, 2023, at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Order shall be in writing, shall set forth with particularity the grounds for such opposition, and shall be filed electronically with the Clerk of the Bankruptcy Court for the Southern District of New York, at One Bowling Green, New York, New York 10004; and served upon, Platzer, Swergold, Goldberg, Katz & Jaslow, LLP, counsel for the Debtor, 475 Park Avenue South, 18th Floor, New York, New York 10016, Attn:  Cliff A. Katz, Esq., so as to be received no later than **August 11, 2023 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that, if an objection to the Order is not filed by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may So Order the Order without further notice.

**PLEASE TAKE FURTHER NOTICE** if objections are timely filed, a hearing to consider the objections shall be scheduled by the Bankruptcy Court with notice of the hearing filed on the Court's docket with respect to the Debtor's Bankruptcy Case.

Dated: New York, New York
July 29, 2023

PLATZER, SWERGOLD,
GOLDBERG, KATZ & JASLOW, LLP
Proposed Attorneys for the Debtors
s

By  */s/ Cliff A. Katz*
   Clifford A. Katz
   475 Park Avenue South - 18th Floor
   New York, New York 10016
   Tel.: (212) 593-3000
   ckatz@platzerlaw.com