Platzer, Swergold,
Goldberg, Katz & Jaslow, LLP
*Counsel for the Debtor*
475 Park Avenue South, 18th Floor
New York, New York 10016
Tel.: (212) 593-3000
Clifford A. Katz, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| 246-18 Realty LLC, | Case No. 23-10796 (PB) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

    Jon Guan being duly sworn, says:

    I am not a party to the within action; I am over 18 years of age and reside in New York County, New York.

    On August 29, 2023, I deposited a true copy of the annexed **ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF and NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE OCTOBER 10, 2023** by mailing same via US MAIL in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the United States Postal Service within the State of New York to the following recipients:

| Eran Silverberg | NYC Dept of Finance | Art of Form Architecture |
|---|---|---|
| c/o 244 246 W 18SME LLC | 59 Maiden Lane, 28th Fl | 159 Broadway (Route 1100) |
| 200 Park Avenue | New York, NY | Amityville, NY 11701 |
| New York, New York 10166 | 10038-4654 | |

(SERVICE LIST CONTINUED ON FOLLOWING PAGE)

| | | |
|---|---|---|
| Sperry RE Capital<br>1270 Avenue of the Americas<br>8th Floor<br>New York, NY 10020 | Georgia Leandrou<br>42-14 Astoria Blvd<br>Astoria, NY 11103 | WSP USA<br>1 Penn Plaza<br>New York, NY 10119 |
| Cameron Engineering & Assoc<br>1411 Broadway, Suite 610<br>New York, NY 10018 | FNA Engineering<br>Services, P.C.<br>999 Riverview Drive, 2nd Fl<br>Totowa, NJ 07512 | NYC Water Board<br>P.O. Box 11863<br>Newark, NJ<br>07101-8163 |
| Con Edison<br>P.O. Box 1702<br>New York, NY<br>10116-1702 | Douglas Elliman Real Estate<br>1995 Broadway<br>New York, NY 10023 | Emtec Consulting Engineers<br>3555 Veterans Memorial Hwy,<br>Suite M<br>Ronkonkoma, NY 11779 |
| Bank Direct Capital Finance<br>1122 Franklin Avenue, 2nd Fl<br>Garden City, NY 11530 | Aegean Environmental Services<br>21-16 80th Street<br>East Elmhurst, NY 11370 | Podell, Schwartz, Schechter<br>605 Third Avenue<br>New York, NY 10158 |
| Efficient Combustion & Cooling<br>563 Broadway<br>Massapequa, NY 11758 | Rent Stabilization Assoc NYC<br>123 William Street, 12th Fl<br>New York, NY 10273-0602 | Dial-A-Bug Pest<br>Control, Inc.<br>548 Cherry Avenue<br>Floral Park, NY 11001 |
| Spectrum Charter<br>Communications<br>P.O. Box 7186<br>Pasadena, CA 91109-7186 | Goldberg Weprin Finkel et al.<br>125 Park Avenue, 12th Floor<br>Attn: Steven R. Uffner<br>New York, NY 10017 | Rosenberg & Estis, P.C.<br>733 Third Avenue, 14th Fl<br>New York, NY 10017 |
| Office of the US Trustee<br>Attn: Richard Morrissey, Esq.<br>One Bowling Green, Ste. 534<br>New York, NY 10004 | Morris Baur, Esq.<br>Duane Morris LLP<br>1540 Broadway<br>New York, New York 10036 | Direct Management Corp.<br>42-14 Astoria Blvd<br>Attn: Jake Demosthenous<br>Astoria, NY 11103 |
| NYS Dept Of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | US Attorneys Office<br>56 Chambers Street, 3rd Fl<br>New York, New York 10007 | Innovative Construction Tech<br>246 West 18th Street<br>New York, New York 10010 |
| NYC Law Department<br>Corporate Counsel<br>100 Church Street<br>New York, NY 10007-2668 | NYS Attorney General's Office<br>120 Broadway<br>New York, NY 10271-0002 | Internal Revenue Service<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Camille McKee<br>246 West 18th Street<br>Unit 8<br>New York, New York 10011 | Migdalia Rodriquez<br>246 West 18th Street<br>Unit 11<br>New York, New York 10011 | Bradley Levit<br>246 West 18th Street<br>Unit 6<br>New York, New York 10011 |
| Dana Prozementer<br>246 West 18th Street<br>Unit 4<br>New York, New York 10011 | Lucas Fisher<br>246 West 18th Street<br>Unit 7<br>New York, New York 10011 | Qais Patankar<br>246 West 18th Street<br>Unit 5<br>New York, New York 10011 |
| Linda David {Louis Baldonieri}<br>246 West 18th Street<br>Unit 9<br>New York, New York 10011 | Peter Douglass<br>246 West 18th Street<br>Unit 14<br>New York, New York 10011 | Fenton FitzPatrick<br>246 West 18th Street<br>Unit 13<br>New York, New York 10011 |
| Leo Epstein<br>246 West 18th Street<br>Unit 12<br>New York, New York 10011 | Emily D. Baez<br>246 West 18th Street<br>Unit 10<br>New York, New York 10011 | Eran Silverberg<br>c/o SSM Capital Ventures LLC<br>200 Park Avenue<br>New York, NY 10166-0005 |

_____
Jon Guan

Sworn to before me this
29th day of August, 2023

_____
Notary Public

TYLER J. HESPE
Notary Public, State of New York
No. 01HE0006086
Qualified in NEW YORK County
Commission Expires APRIL 25, 2027